DEC 1 8 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE DERMANSKY <br>                 Plaintiff, <br><br> v. <br><br> BARSTOOL SPORTS, INC. <br><br>                 Defendant. | **STIPULATION OF NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** <br><br> **Case No.: 1:18-cv-6349-AJN** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Julie Dermansky, and counsel for the Defendant, Barstool Sports, Inc., that the parties have reached a confidential settlement in principle and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

_____
Richard P. Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 11/30/2018
*Attorney for Plaintiff Julie Dermansky*

_____
Gloria Franke Shaw

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: 310-788-4458
Gloria.Shaw@KattenLaw.com

Dated: 11/29/18
*Attorney for Defendant Barstool Sports, Inc.*

SO ORDERED:   12/18/18

_____
Hon. Alison J. Nathan

US_136539476v3

9